UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:17-CR-324-2 |
| | ) | |
| v. | ) | (JUDGE MANNION) |
| | ) | |
| OM SRI SAI, INC., | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

### JOINT MOTION OF THE UNITED STATES FOR FORFEITURE OF SUBSTITUTE ASSET

Whereas, the United States of America, by and through its counsel, John C. Gurganus, United States Attorney for the Middle District of Pennsylvania, and Sean A. Camoni, Assistant United States Attorney, respectfully moves the Court for an Order granting Forfeiture of a Substitute Asset in accordance with Fed. R. Crim. P. 32.2(e)(1) and Title 21 U.S.C. § 853(p) in the above-captioned case for the reasons set forth below:

1.      On October 23, 2020, the defendant, OM SRI SAI INC. was found guilty by jury verdict on Counts 1, 2, 3, and 4 of the Second Superseding Indictment in the Middle District of Pennsylvania, which charged the defendant with Sex Trafficking by Force or Coercion in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2), and (b)(1), Conspiracy to

Commit Sex Trafficking by Force or Coercion of 18 U.S.C. § 1594(c) and 18 U.S.C. §§ 1591(a) and (b)(1), Drug Trafficking Conspiracy in violation of 21 U.S.C. § 846, and Managing a Drug Premises in violation of 21 U.S.C. § 856(a)(2). (Doc. 167).

2.    On November 9, 2020, the Court entered a Preliminary Order of Forfeiture and ordered the defendant to forfeit:

   a.    All property, tangible and intangible, owned by OM SRI SAI, INC., including:

   Real property located at 1779 North 9th Street, Bartonsville, PA 18321 consisting of the following parcel numbers:

   17/17/1/62-2 (a/k/a PIN 17638100428846),
   17/17/1/62-1 (a/k/a PIN 17638100429707),
   17/17/1/11-1 (a/k/a PIN 17638100438111),
   17/17/1/61-2 (a/k/a PIN 17638100521795),
   17/17/1/61-1 (a/k/a PIN 17638100523561), and
   17/17/1/62 (a/k/a PIN 17638100531001),
   owner of record OM SRI SAI, INC.
   (Doc. 188).

3.    Following the entry of the Preliminary Order of Forfeiture, the defendant proposed to pay over $2,000,000.00 in U.S. currency as a substitute asset in lieu of the above listed property. Therefore, the parties request that the Court issue an Order approving the substitute

2

asset, as the parties intend that the Government's claim to the property listed in the Preliminary Order of Forfeiture be transferred to the currency as a substitute asset and all of the Government's claims be satisfied upon payment of the substitute asset.

4. OM SRI SAI, INC., intends to acquire the substitute asset through the sale of the real property to E 611 LLC, the buyer, who will transfer part of the consideration for said sale in the amount of $2,000,000.00 in U.S. currency to an escrow agent pending transfer to the Government.

5. OM SRI SAI, INC. and the Government have agreed and stipulated as follows:

    a. The substitute asset shall be placed in escrow in the trust of Christopher S. Brown, Esquire ("the escrow agent"), who represents the property buyer, E 611 LLC. Upon notice from the escrow agent to the Government that the escrow account is fully funded with the substitute asset, the government will file this joint motion.

    b. Upon approval by the Court of this motion by issuance of an appropriate Order, the escrow agent will, forthwith,

3

transfer the substitute asset to the United States Marshals Service ("USMS") Seized Asset Deposit Fund pending Final Order of Forfeiture.

    c. Upon receipt of the substitute asset by the USMS, the restraining order issued by this Court (Doc. 20) shall be deemed lifted and the Government will immediately release the Lis Pendens currently encumbering the real property in Monroe County, Pennsylvania.

6. The defendant waives any double jeopardy challenges the defendant may have to any administrative or civil forfeiture actions, pending or completed, arising out of the course of conduct forming the basis for the forfeiture shall the order be granted by the Court.

7. As of the date of this filing, the defendant agrees to provide the Government with $2,000,000.00 in U.S. Currency as a substitute asset for the property listed in the Preliminary Order of Forfeiture. By this motion, the Government seeks forfeiture of $2,000,000.00 in U.S. Currency in lieu of the real property.

8. The Court's authority to order the forfeiture of substitute assets is found in 21 U.S.C. § 853(p) and Rule 32.2(e), which allows the

United States to seek forfeiture of substitute assets.  Specifically, Rule 32.2(e)(1)(B) provides that on the United States' motion, the Court may at any time enter an order of forfeiture to include property that is substitute property that qualifies for forfeiture under an applicable statute.

WHEREFORE, for the reasons explained above, the Government requests that this Court grant its motion.


Respectfully submitted,

JOHN C. GURGANUS
UNITED STATES ATTORNEY

By:    */s/* Sean A. Camoni
SEAN A. CAMONI
Assistant U.S. Attorney
235 N. Washington Avenue
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
sean.a.camoni@usdoj.gov

*/s/* William A. DeStefano
WILLIAM A. DESTEFANO
ATTORNEY FOR OM SRI SAI, INC.
Stevens & Lee
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
T: 215-751-1941
F: 610-236-4170
william.destefano@stevenslee.com

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on May 11, 2022.

Respectfully submitted,

JOHN C. GURGANUS
UNITED STATES ATTORNEY

By:   */s/* Sean A. Camoni
   SEAN A. CAMONI
   Assistant U.S. Attorney
   235 N. Washington Avenue, Ste. 311
   Scranton, PA 18503
   Phone: 570-348-2800
   Fax: 570-348-2037
   sean.a.camoni@usdoj.gov