| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:17-CR-324-2 |
| | ) | |
| v. | ) | (JUDGE MANNION) |
| | ) | |
| OM SRI SAI, INC., | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

In accordance with Local Rule 7.1, I hereby certify that counsel for

OM SRI SAI, INC. concurs with this motion.

Respectfully submitted,

/s/ Sean A. Camoni
SEAN A. CAMONI
Assistant U.S. Attorney
235 N. Washington Avenue, Ste. 311
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
sean.a.camoni@usdoj.gov